```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
CSC HOLDINGS, INC.,
                                                                    ORDER
                                                                    01CV2452 (DRH) (MLO)
                        Plaintiff,

        -against-


BETTY KATZ,

                        Defendant.
----------------------------------------------------------------X
```
**HURLEY, District Judge:**

On December 5, 2002, this Court granted Plaintiff's motion for an entry of default judgment against defendant Betty Katz ("Defendant") in the above-captioned case, and referred the matter to U.S. Magistrate Judge Michael Orenstein, pursuant to 28 U.S.C. § 636(b)(3), for a report and recommendation as to damages and attorneys' fees. On September 27, 2004 Judge Orenstein issued a Report and Recommendation that Plaintiff be awarded a total of $5,438.00. On November 16, 2004, Defendant was served with a copy of the Report and Recommendation. More than ten days have elapsed since service of the Report and Recommendation, and neither party has filed any objections to it.

Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72, this Court has reviewed the Report and Recommendation for clear error, and finding none, now concurs in both its reasoning and its result. Accordingly, this Court adopts the September 27, 2004 Report and Recommendation of Judge Orenstein as if set forth herein. The Court therefore directs that Plaintiff recover from Defendant the amount of $5,438.00, as itemized below, and that

judgment be entered accordingly:

      (1)    $4,280.00 in statutory damages;

      (2)    $978.00 in attorneys' fees; and

      (5)    $180.00 in costs.

Upon entry of judgment, the Clerk of the Court is directed to close this case.

      **SO ORDERED.**

Dated: Central Islip, N.Y.
      March 12, 2007                                                       /s/
                                                                               Denis R. Hurley,
                                                                               United States District Judge